```
 1  JAMES K. HAHN, City Attorney
    CECIL W. MARR, Senior Assistant City Attorney
 2  DON W. VINCENT, Assistant City Attorney
    CHRISTIAN R. BOJORQUEZ, Deputy City Attorney, (SBN#192872)
 3  1650 City Hall East
    200 North Main Street
 4  Los Angeles, California 90012-4130
    Telephone: (213) 485-3332
 5  Fax No.: (213) 847-3084

 6  Attorneys for Defendants CITY OF LOS ANGELES, JOHN HANKINS,
    SERGEANT AVILA, REGGIE DICKENSON, MAURICE LANDRUM,
 7  E. CONTRERAS, AND JEFFERY PARKER

 8  JEFF PRICE, SBN 165534
    Attorney at Law
 9  333 S. Grand Avenue, Suite 1580
    Los Angeles, California 90071
10  (213) 628-1738

11  Attorney for Plaintiff, Robert Backe
```



JS-6

PRIORITY SEND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT BACKE, | ) CASE NO.: **SACV-99-96-DOC(ANx)** |
|---|---|
| Plaintiff, | ) **STIPULATION RE: DISMISSAL OF COMPLAINT AGAINST DEFENDANTS, PURSUANT TO F.R.C.P., RULE 41(A) AND ORDER** |
| vs. | |
| SHERMAN BLOCK, SERGEANT MAURICE LANDRUM #24132, OFFICER REGGIE DICKENSON #25628, OFFICER JEFFERY PARKER #33180, OFFICER CONTRERAS #31214, OFFICER HANKINS #31169, OFFICER HAHN #32761, CITY OF LOS ANGELES and DOES 1 - 35 inclusive, | |
| Defendants. | |

ALL PARTIES OF RECORD HEREIN HEREBY STIPULATE TO THE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AGAINST DEFENDANTS, CITY OF LOS ANGELES, JOHN HANKINS, SERGEANT ANTHONY AVILA, REGGIE DICKENSON, MAURICE LANDRUM, EFRAIN CONTRERAS, JEFFERY PARKER, DANIEL ROBBINS, AND ROBERT FALCONER, PURSUANT TO RULE 41(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

Docketed ✓
Copies NTC Sent ✓
JS-5 / JS-6 ✓
JS-2 / JS-3
CLSD

ENTERED ICMS mm (46)

1

JAN 11 2000

Approved by:

DATED: January 6, 2000    **JAMES K. HAHN**, City Attorney
**CECIL W. MARR**, Senior Assistant City Attorney
**DON W. VINCENT**, Assistant City Attorney

By: _____
    CHRISTIAN R. BOJORQUEZ,
    Deputy City Attorney
Attorneys for Defendants CITY OF LOS ANGELES, JOHN HANKINS, SERGEANT AVILA, REGGIE DICKENSON, MAURICE LANDRUM, E. CONTRERAS, AND JEFFERY PARKER

Approved by:

DATED: January 7, 2000

By: _____
    **JEFF PRICE**,
    Attorney for Plaintiff, Robert Backe

## ORDER

Pursuant to the Order of Dismissal presented herewith and signed by all parties: GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, DECREED AND ADJUDGED THAT THE ABOVE-ENTITLED ACTION BE DISMISSED WITH PREJUDICE. Each party to bear its own costs.

DATED: ___1/10___, 2000

By: _____
    HONORABLE DAVID O. CARTER
    United States District Judge

ORDER FOR DISMISSAL PRESENTED BY:

By: _____
    CHRISTIAN R. BOJORQUEZ, Deputy City Attorney

#55502

2

## PROOF OF SERVICE

(Business Practice to Entrust Deposit to Others)

I, LEONA NAKAYOSHI, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 1650 City Hall East, 200 North Main Street, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 7, 2000, at my place of business at Los Angeles, California, a COPY of the attached **STIPULATION RE: DISMISSAL OF COMPLAINT AGAINST DEFENDANTS, PURSUANT TO F.R.C.P., RULE 41(A) AND ORDER** was placed in a sealed envelope addressed to:

**Jeff Price**
**Attorney at Law**
**333 S. Grand Avenue, Suite 1580**
**Los Angeles, CA  90071**

I deposited such envelope in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit; and/ or

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on January 7, 2000 at Los Angeles, California.

_____
LEONA NAKAYOSHI